IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:17CR209-4 |
| | : | |
| v. | : | |
| | : | |
| DANYEL-ROY KIERAN | : | MOTION TO REVOKE |
| LEMONS-KING | : | PRETRIAL RELEASE |

NOW COMES the United States of America, by and through Sandra J. Hairston, Acting United States Attorney for the Middle District of North Carolina, and respectfully moves the Court, pursuant to Title 18, United States Code, Section 3148(b), for revocation of pretrial release. In support of this motion, the Government states that on July 2, 2017, Mr. Lemons-King knowingly violated the conditions of his release by removing his monitoring transmitter bracelet and left his residence without permission. A memorandum from U.S. Probation Officer Jennifer O'Konsky describing such violation is attached and incorporated by reference herein.

WHEREFORE, the United States respectfully requests the Court revoke the defendant's present conditions of release and issue a bench warrant for the defendant's arrest.

This the 5th day of July, 2017.

       Respectfully submitted,

       SANDRA J. HAIRSTON
       Acting United States Attorney


       /S/ANAND P. RAMASWAMY
       NCSB No. 24991
       Assistant United States Attorney
       101 S. Edgeworth St., 4th Fl.
       Greensboro, NC  27401
       336/333-5351
       E-mail:  anand.ramaswamy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Norman, Esquire

United States Probation Office

/S/ANAND P. RAMASWAMY
NCSB No. 24991
Assistant United States Attorney
101 S. Edgeworth St., 4th Fl.
Greensboro, NC  27401
336/333-5351
E-mail:  anand.ramaswamy@usdoj.gov