IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:17CR209-4 |
| | : | |
| v. | : | |
| | : | |
| DANYEL-ROY KIERAN | : | |
| LEMONS-KING | : | ORDER |

This matter comes before the Court on the Government's Motion to Revoke Pretrial Release [Doc. #___] pursuant to 18 U.S.C. § 3148(b). In the Motion, the Government asks the Court to issue a warrant for Defendant's arrest and to revoke Defendant's pretrial release based on the charge that Defendant has violated the conditions of his release. The Court has reviewed the Motion and will issue a warrant for Defendant's arrest pursuant to 18 U.S.C. § 3148(b).

IT IS THREFORE ORDERED that the Government's Motion [Doc. #___] is GRANTED to the extent that a Warrant for Arrest of the Defendant shall be issued contemporaneously with this Order, and that upon Defendant's arrest, the Clerk is directed to notify the undersigned and a hearing will be scheduled pursuant to § 3148(b).

This the 5th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE